AO 450 (Rev. 5/85) Judgment in a Civil Case

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

| | |
|---|---|
| HAMPTONS LOCATIONS, INC., and NANCY GRIGOR | JUDGMENT IN A CIVIL CASE<br>CV-01-5477 (DRH) |

V.

RICHARD RUBENS, BARBARA RUBENS, and
DARRELL RUBENS, each individually and doing
business as HAMPTON LOCATIONS

-------------------------------------------------------------X

X    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      The Court having granted summary judgment as to defendant, BARBARA RUBENS; and the jury having found that the Plaintiffs, HAMPTONS LOCATIONS and NANCY GRIGOR have failed to establish their claims against defendant, RICHARD RUBENS, and established their claim against defendant, DARRELL RUBENS, on the federal claim pursuant to §1125(d) of the Lanham Act,

      IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs, HAMPTONS LOCATIONS and NANCY GRIGOR take from defendant, DARRELL RUBENS, the sum of $1000.00 as the jury award for statutory damages, and take nothing from defendants, BARBARA RUBENS and RICHARD RUBENS..

      The case is dismissed with prejudice and the Clerk is directed to close this case.

Dated:  JANUARY 30, 2007                    ROBERT C. HEINEMANN
        Central Islip, New York              CLERK OF THE COURT
                                                        By: PATRICIA BEST
                                                            Deputy Clerk