```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
HAMPTONS LOCATIONS and NANCY            ORDER OF SUSTENANCE
GRIGOR                                        CV-01-5477 (DRH)

     -against-

BARBARA RUBENS, RICHARD RUBENS,
and DARRELL RUBENS
-------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )     LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
( )     TRANSPORTATION

TO THE (8) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON JANUARY 29, 2007.

DATED: CENTRAL ISLIP, NEW YORK
       JANUARY 30, 2007
                                        _____
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE


_____    **DURING TRIAL**

__X__     **DELIBERATING**

_____    **SEQUESTERED**

_____    **OTHER**

                                        **A TRUE COPY ATTEST**
                                        **DATED: JANUARY 30, 2007**
                                        **ROBERT C. HEINEMANN, CLERK**
                                        **BY: PATRICIA BEST,**

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
HAMPTONS LOCATIONS and NANCY            ORDER OF SUSTENANCE
GRIGOR                                      CV-01-5477 (DRH)

      -against-

BARBARA RUBENS, RICHARD RUBENS,
and DARRELL RUBENS
--------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )     LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
( )     TRANSPORTATION

TO THE (8) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON JANUARY 29, 2007.

DATED: CENTRAL ISLIP, NEW YORK
       JANUARY 30, 2007
                                        _____
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE


_____    **DURING TRIAL**

__X___    **DELIBERATING**

_____    **SEQUESTERED**

_____    **OTHER**

**A TRUE COPY ATTEST**
**DATED: JANUARY 30, 2007**
**ROBERT C. HEINEMANN, CLERK**
**BY: PATRICIA BEST,**

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
HAMPTONS LOCATIONS and NANCY            ORDER OF SUSTENANCE
GRIGOR                                  CV-01-5477 (DRH)

    -against-

BARBARA RUBENS, RICHARD RUBENS,
and DARRELL RUBENS
-------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )     LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
( )     TRANSPORTATION

TO THE (8) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON JANUARY 29, 2007.

DATED: CENTRAL ISLIP, NEW YORK
       JANUARY 30, 2007
                                        _____
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE


_____      **DURING TRIAL**

  X         **DELIBERATING**

_____      **SEQUESTERED**

_____      **OTHER**

                                        **A TRUE COPY ATTEST**
                                        **DATED: JANUARY 30, 2007**
                                        **ROBERT C. HEINEMANN, CLERK**
                                        **BY: PATRICIA BEST,**