```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
HAMPTONS LOCATIONS, INC. and
NANCY GRIGOR,                              MEMORANDUM AND ORDER
                                           01-CV-5477(DRH)(WDW)
            Plaintiffs,

      -against-

RICHARD RUBENS, BARBARA RUBENS,
and DARRELL RUBENS, each
individually and doing business
as HAMPTON LOCATIONS,

            Defendants.
-------------------------------X
```

APPEARANCES:

For Plaintiffs:
    Patricia Weiss, Esq.
    P.O. Box 751
    Sag Harbor Shopping Cove
    Main Street - Suite 12
    Sag Harbor, New York 11963-0019

For Defendants:
    Ronemus & Villensky
    112 Madison Avenue
    New York, New York 10016
      By: Michael B. Ronemus, Esq.

HURLEY, Senior District Judge

    The Court has reviewed the respective applications of plaintiffs and defendants for attorneys' fees, as well as the carefully crafted and thorough Report and Recommendation of the United States Magistrate Judge William D. Wall dated February 14, 2011, as well as the objections by the parties to both Judge Wall's analysis and his recommendation that this Court "decline to award attorneys' fees to any party in this action." (Feb. 14, 2011 Report and Recommendation at 12.) Having done so via a "de

novo" review, I hereby adopt the rationale and recommendation of Judge Wall as the Order of this Court. See <u>Blair v. Sealift</u>, 848 F. Supp. 670 (E.D. La. 1994).

For the reasons indicated, plaintiffs' and defendants' motions for attorneys' fees are denied.

SO ORDERED.

Dated: December 2, 2013
       Central Islip, New York

/s/ Denis R. Hurley
DENIS R. HURLEY, U.S.D.J.